IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>VIBRALIFE OF KATY, LLC,<br><br>  Defendant. | §§§§§§§§§§§§§  Civ. Action No. 4:24-CV-02861 |

## NOTICE OF SETTLEMENT

Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and Defendant VIBRALIFE OF KATY, LLC (collectively, "Parties"), hereby file this Notice of Settlement and would respectfully show the Court as follows:

1. The Parties have agreed to resolve the dispute that forms the basis of this lawsuit and the Parties have reached a settlement of this lawsuit.

2. The Parties are in the process of fully consummating a Consent Decree and Release of claims and within 30 days expect to dismiss this case with prejudice with each party to bear its own costs and attorney's fees.

Date:   October 21, 2024

Respectfully submitted,

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br><br>*/s/ N. Joseph Unruh\**<br>**N. Joseph Unruh**<br>Texas Bar No. 24075198<br>SDTX No. 1571957<br>Houston District Office | **GORDON REES SCULLY MANSUKHANI, LLP**<br><br>*/s/ Nellie Gomez*<br>**Laura E. De Santos, ATTORNEY-IN-CHARGE**<br>Texas Bar No. 00793612<br>SDTX No. 19328<br>ldesantos@grsm.com<br>**Nellie Gomez** |

1

| | |
|---|---|
| Mickey Leland Federal Building | Texas Bar No. 00798211 |
| 1919 Smith Street, 7th Floor | SDTX No. 21164 |
| Houston, Texas 77002 | ngomez@grsm.com |
| Telephone: (346) 327-7703 | 1900 West Loop South, Suite 1000 |
| Facsimile: (713) 651-7995 | Houston, Texas 77027 |
| Email: neil.unruh@eeoc.gov | Telephone: (713) 961-3366 |
| *Signed with Permission | Facsimile: (713) 961-3938 |

**ATTORNEY FOR PLAINTIFF**          **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

N. Joseph Unruh
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Houston District Office
Mickey Leland Federal Building
1919 Smith Street, 7th Floor
Houston, Texas 77002
Telephone: (346) 327-7703
Facsimile: (713) 651-7995
Email: neil.unruh@eeoc.gov

**ATTORNEY FOR PLAINTIFF**

                                                */s/ Nellie Gomez*
                                                **Nellie Gomez**